**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREFERRED EMPLOYERS INSURANCE COMPANY, | Case No. C07-4289 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| UNITED STATES POSTAL SERVICES, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for November 28, 2007 at 1:30 p.m. is rescheduled for **December 19, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. An updated Joint Case Management Conference Statement shall be filed by **December 12, 2007**.

Dated: November 14, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____

Betty Fong
Courtroom Deputy