**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREFERRED EMPLOYERS INSURANCE COMPANY, | Case No. C07-4289 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| UNITED STATES POSTAL SERVICES, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for December 19, 2007 at 1:30 p.m. is rescheduled for **January 30, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. An updated Joint Case Management Conference Statement shall be filed by **January 23, 2008**.

Dated: December 4, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy