Patrick G. Rose, Esq., State Bar Number 185508
**BRADFORD & BARTHEL, LLP**
9821 Business Park Drive, Suite 160
Sacramento, CA 95827
Telephone:     (916) 569-0790
Facsimile:      (916) 569-0799
Email:            prose@bradfordbarthel.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREFERRED EMPLOYERS INSURANCE COMPANY, <br><br> *Plaintiff,* <br><br> -vs.- <br><br> UNITED STATES POSTAL SERVICE; TIM MUNSIL; and DOES 1 to 20, <br><br> *Defendants.* | Case Number: C 07-04289 EMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, Preferred Employers Insurance Company, voluntarily dismisses the subject lawsuit without prejudice and made before personal service of any named Defendant pursuant FRCP 41(a)(1).

DATED: November 30, 2007                              **BRADFORD & BARTHEL, LLP**


/S/ Patrick G. Rose
PATRICK G. ROSE
Attorney for Plaintiff
PREFERRED EMPLOYERS INSURANCE COMPANY